UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIER OCTAVIANO HERNANDEZ,<br><br>Defendant. | CASE NO.:   22-CR-0403-JLS<br><br>ORDER CONTINUING MOTION HEARING/TRIAL SETTING |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that Mr. Hernandez's motion hearing/trial setting currently scheduled for May 6, 2022, be continued to June 17, 2022, at 1:30 p.m.

**IT IS FURTHER ORDERED** that time be excluded under the Speedy Trial Act at 18 U.S.C. § 3161(h)(7). For the reasons set forth in the joint motion, the Court finds that the continuance serves the ends of justice and outweighs the public and Defendant's interest in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

Dated: May 2, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge