# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIER OCTAVIANO HERNANDEZ,<br><br>Defendant. | Case No. 22-cr-403-JLS<br><br>**ORDER AND JUDGMENT GRANTING THE UNITED STATES' MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE**<br><br>**The Honorable Janis L. Sammartino** |
|---|---|

The United States of America's Motion to Dismiss the Information Without Prejudice (ECF No. 26) is **GRANTED**. The Court dismisses the Information (ECF No. 16) without prejudice.

Dated: July 6, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge